IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02070-BNB

BRIAN J. HUMMEL SR.,

    Plaintiff,

v.

CITY/COUNTY OF DENVER,
MAYOR JOHN HICKENLOOPER,
MAJOR HORNER,
MAJOR CONNERS,
CAPT. KOONCE,
JANE DOES,
JOHN DOES, and
DENVER COUNTY JAIL MEDICAL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 6 2010

GREGORY C. LANGHAM
                     CLERK

## ORDER OF DISMISSAL

Plaintiff, Brian J. Hummel Sr., is detained at the Denver County Jail in Denver, Colorado. Mr. Hummel, acting *pro se*, initiated this action by filing a Prisoner Complaint pursuant to 42 U.S.C. § 1983. In an order entered on August 26, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Hummel to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Hummel either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with a certified copy of his trust fund statement for the six-month period immediately preceding the initiation of this action. Mr. Hummel also was

instructed to amend the Prisoner Complaint by listing the same parties in Section "A. Parties" of the prisoner complaint form that are listed in the caption of the form.

Magistrate Judge Boland warned Mr. Hummel that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Mr. Hummel has failed to communicate with the Court and has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies..

DATED at Denver, Colorado, this __4th__ day of __October__, 2010.

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02070-BNB

Brian J. Hummel, Sr.
Prisoner No. 0398389
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/6/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk